MATTHEW C. ELSTEIN (SBN 174400)
melstein@selmanlaw.com
LORRIE A. WALKER (SBN 272637)
lwalker@selmanlaw.com
SELMAN BREITMAN LLP
101 W. Broadway, Suite 1330
San Diego, CA 92101
Telephone: 619.564.3600
Facsimile: 619.564.3636

Attorneys for Defendants ONEBEACON PROFESSIONAL INSURANCE and HOMELAND INSURANCE COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF SOUTHERN

| | |
|---|---|
| PLUM HEALTHCARE GROUP, LLC, a California corporation; GI PLUM HOLDCO, LLC, a Delaware limited liability company; and QUINCE HOLDINGS, LLC dba PUEBLO SPRINGS REHABILITATION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ONEBEACON PROFESSIONAL INSURANCE, a Bermuda corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a Minnesota corporation; and DOES 1 through 30,<br><br>Defendants. | Case No. 15CV2747W MDD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys Matthew C. Elstein and Lorrie A. Walker, and the firm of Selman Brietman LLP, hereby withdraw as counsel of record in this action for Defendants OneBeacon Professional Insurance and Homeland Insurance Company of New York (collectively "Defendants").

1

1  Defendants will continue to be represented in this action by attorneys John T.
2  Brooks and R. Randal Crispen, and the law firm of Sheppard, Mullin, Richter &
3  Hampton LLP.
4
5
6  DATED: March 23, 2017          SELMAN BREITMAN LLP
7
8                                 By:   */s/ Matthew C. Elstein*
9                                       MATTHEW C. ELSTEIN
                                        LORRIE A. WALKER
10                                      Attorneys for Defendants ONEBEACON
                                        PROFESSIONAL INSURANCE and
11                                      HOMELAND INSURANCE COMPANY
                                        OF NEW YORK
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Selman Breitman LLP
ATTORNEYS AT LAW

2

**PROOF OF SERVICE**

*Plum Healthcare Group, LLC, et al. v. OneBeacon Professional Insurance, et al.*
U.S. District Court Case No. 15CV2747W MDD

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Blvd., Sixth Floor, Los Angeles, CA, 90025-6538. On March 23, 2017, I served the following document(s) described as **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS** on the interested parties in this action as follows:

Harris I. Steinberg, Esq.
5015 Estates Way
El Cajon, CA  92020-8120
Tel.:  619.441.9734
Fax:  619.441.9734
Email:  harrissteinberg@gmail.com
Attorneys for Plaintiff PLUM HEALTHCARE GROUP, LLC; GI PLUM HOLDCO, LLC; QUINCE HOLDINGS, LLC

Richard A. Huver, Esq.
THE HUVER LAW FIRM
655 West Broadway, Suite 1400
San Diego, CA  92101
Tel.:  619.961.4883
Fax:  619.961.4886
Email:  rhuver@huverlaw.com
Attorneys for Plaintiff PLUM HEALTHCARE GROUP, LLC; GI PLUM HOLDCO, LLC; QUINCE HOLDINGS, LLC

John T. Brooks
R. Randal Crispen
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19® Floor
San Diego, California 92101-3598
Tel: 619.338.6500
Fax: 619.234.3815
Email: jbrooks@sheppardmullin.com
         rcrispen@sheppardmullin.com
Attorneys for Defendants ONEBEACON PROFESSIONAL INSURANCE and HOMELAND INSURANCE COMPANY OF NEW YORK

☐   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 23, 2017, at Los Angeles, California.

/s/ *Matthew C. Elstein*
MATTHEW C. ELSTEIN