1  Richard A. Huver, Esq. (Bar No. 132945)
   THE HUVER LAW FIRM
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  619.961.4883
   619.961.4886 Fax
4  rhuver@huverlaw.com

5  Harris I. Steinberg, Esq. (Bar No. 89288)
   5015 Estates Way
6  El Cajon, California 92020
   (619) 787-2650
7  harrissteinberg@gmail.com

8  Attorneys for Plaintiffs Plum Healthcare Group, LLC,
       GI Plum Holdco, LLC; and Quince Holdings
9      LLC dba Pueblo Springs Rehabilitation Center

10                 UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13  PLUM HEALTHCARE GROUP, LLC,  )   CASE NO. 15CV2747W MDD
    etc., et al.,                )
14                               )
                 Plaintiffs,     )
15                               )
    v.                           )   PROOF OF SERVICE
16                               )
    ONE BEACON PROFESSIONAL      )
17  INSURANCE, etc., et al.,     )
                                 )
18               Defendants.     )
                                 )
19  _____ )

20  I, the undersigned, declare:

21        I am a citizen of the United States and am employed in the county of San

22  Diego, State of California.  I am over the age of eighteen and am not a party to

23  this action.  My business address is 655 West Broadway, Suite 1400, San Diego,

24  California 92101.

25        On April 10, 2017 I electronically filed the following document(s) with the

26  clerk of the court by using the CM/ECF system:

27

28

PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF MATTHEW ELSTEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

Participants in the case who are registered users will be served by the CM/ECF system:

R. Randal Crispen, Esq.
John T. Brooks, Esq.
Sheppard, Mullin, Richter & Hampton LLP
501 W. Broadway, Suite 1900
San Diego, California 92101-8541
rcrispen@sheppardmullin.com
jbrooks@sheppardmullin.com

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 18, 2017, at San Diego, California.

           /s/  Richard A Huver
              Richard A. Huver