1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
    JOHN T. BROOKS, Cal. Bar No. 167793
3  R. RANDAL CRISPEN, Cal. Bar No. 120505
    501 West Broadway, 19th Floor
4  San Diego, California 92101-3598
    Telephone:  619.338.6500
5  Facsimile:  619.234.3815
    Email:      jbrooks@sheppardmullin.com
6                rcrispen@sheppardmullin.com

7  Attorneys for Defendants

8
    RICHARD A. HUVER, Cal. Bar No. 132945
9  THE HUVER LAW FIRM
    655 West Broadway, Suite 1400
10 San Diego, CA 92101
    Telephone:  619.971.4883
11 Facsimile:  619.961.4886

12
    Attorneys for Plaintiffs
13

14              **UNITED STATES DISTRICT COURT**

15           **SOUTHERN DISTRICT OF CALIFORNIA**

16

17 | PLUM HEALTHCARE GROUP, LLC, | Case No. 15 CV 02747-W-MDD
    | a California corporation; GI PLUM |
18 | HOLDCO, LLC, a Delaware limited | The Hon. Thomas J. Whelan
    | liability company; and QUINCE |
19 | HOLDINGS, LLC dba PUEBLO | **JOINT MOTION TO DISMISS WITH**
    | SPRINGS REHABILITATION | **PREJUDICE**
20 | CENTER,

21          Plaintiffs,          NO ORAL ARGUMENT UNLESS
                                   REQUESTED BY THE COURT
22       v.

23 ONEBEACON PROFESSIONAL          [Complaint Filed:  December 8, 2015]
    INSURANCE, a Bermuda corporation;
24 HOMELAND INSURANCE
    COMPANY OF NEW YORK, a
25 Minnesota corporation;
    and DOES 1 through 30,
26
            Defendants.
27

28

SMRH:485199440.2

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Plum

2  Healthcare Group, LLC, GI Plum Holdco, LLC, and Quince Holdings, LLC dba

3  Pueblo Springs Rehabilitation Center ("Plaintiffs") and Defendants OneBeacon

4  Professional Insurance and Homeland Insurance Company of New York

5  ("Defendants"), hereby jointly move to dismiss Plaintiffs' complaint against

6  Defendants in the above-captioned action with prejudice.  All parties will bear their

7  own costs and attorneys' fees.

8

9  Dated:  January 18, 2018          THE HUVER LAW FIRM

10

11                                                By:   _____
                                                                      *s/ Richard A. Huver*
12                                                              RICHARD A. HUVER

13                                                              Attorney for Plaintiffs
14                                                    Plum Healthcare Group, LLC, GI Plum Holdco,
                                                      LLC, and Quince Holdings, LLC dba Pueblo
15                                                          Springs Rehabilitation Center

16
    Dated:  January 19, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON
17                                              LLP

18

19                                                By:   _____
                                                                      *s/ R. Randal Crispen*
20                                                              R. RANDAL CRISPEN

21                                                              Attorneys for Defendants
22                                                  OneBeacon Professional Insurance and
                                                    Homeland Insurance Company of New York
23

24

25

26

27

28