# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUM HEALTHCARE GROUP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ONE BEACON PROFESSIONAL INSURANCE, et al., <br><br> Defendants. | Case No.: 15-CV-2747 W (MDD) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 69]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 69] and **DISMISSES** this case **WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  February 9, 2018

Hon. Thomas J. Whelan
United States District Judge